STATE of Missouri, Plaintiff–
Respondent,

v.

Donald HUMPHREY, Defendant–
Appellant.

Donald HUMPHREY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58993, 60746.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 23, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 30, 1992.

Case Transferred to Supreme
Court Sept. 22, 1992.

Case Retransferred to Court of
Appeals Feb. 23, 1993.

Original Opinion Reinstated
March 4, 1993.

Jeannie Arterburn, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Appellant, Donald Humphrey, appeals from the judgment of the trial court sentencing him to two concurrent terms for possession of burglar's tools and attempted burglary, second degree. He also appeals from the judgment denying his post-conviction claims after oral argument. We have reviewed the record and find that an extended opinion would have no precedential value. The judgments of the trial and motion courts are affirmed pursuant to Rule 84.16(b).